EXHIBIT 1



US SMELTER & LEAD REFINERY
LAKE COUNTY, EAST CHICAGO, INDIANA

APPENDIX D
OU1 ZONES

ST SuITRAC

Basemap source: Esri



Zone

EXHIBIT 2

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

REPLY TO THE ATTENTION OF

July 8, 2016

Property Owner/Resident
4905 Gladiola Ave.
East Chicago, IN  46312

Subject:    U.S. Smelter and Lead Refinery Inc., Site, East Chicago, IN
            Soil Sample Results
            4905 Gladiola Ave.

Dear Property Owner/Resident:

As you may recall, soil from your property was tested for lead and arsenic at the end of 2014. This letter reports the lead and arsenic results for the soil samples collected from your property. The sampling results show that lead and/or arsenic concentrations in soils at your property exceed health-based standards, and therefore your property qualifies for a cleanup of those soils which pose a risk. The cleanup of those soils will be done at NO COST to you.

Soil testing results for your property are shown in the table below. Samples were taken from 0 to 6 inches, 6 to 12 inches, 12 to 18 inches, 18 to 24 inches, and in some cases 24 to 30 inches. Cleanup levels are 400 milligrams per kilogram (mg/kg) for lead and 26 mg/kg for arsenic. The results for your property show that levels of lead and/or arsenic are above cleanup levels at your property.

| Depth | Front – Lead (mg/kg) | Front – Arsenic (mg/kg) | Back – Lead (mg/kg) | Back – Arsenic (mg/kg) |
|---|---|---|---|---|
| 0-6 inches | 1,858 | ND | 502 | 3 |
| 6-12 inches | 3,850 | 21 | 3,280 | 2 |
| 12-18 inches | 27,900 | 32 | 3,600 | 5 |
| 18-24 inches | 5,710 | 24 | 3,390 | 4 |
| 24-30 inches | 1,852 | ND | 1,227 | 6 |

Notes: ND = not detected, NS = No sample collected because of native sand or sampling refusal.

Property Owner/Resident
Page 2

The timing for the cleanup of your property depends on a number of factors. EPA will notify once it has developed a schedule for future work. Soils above cleanup levels will be excavated up to a maximum depth of 24 inches. Before beginning any cleanup work, representatives of EPA will meet with you to go over the details of the specific cleanup plan for your property; document the conditions of the yard, house, and foundation using videos and/or photographs; discuss any of your concerns; and take an inventory of features such as landscaping, plants, bushes, decks, and patios.

The actual cleanup will involve the following steps:

1. Pre-cleanup interview with property owner/documentation of existing conditions (as mentioned above)

2. Excavate contaminated soils

3. Backfill with clean soil

4. Restore landscaping and grass

5. Post-construction interview with property owner

For the cleanup to be as effective as possible, please wait to do major construction or landscaping activities in the areas with elevated levels until after the cleanup is complete at your property. Activities such as bringing in fill, building a new patio or walkway, or other changes that disturb the soil may keep us from removing and safely disposing of all the contamination because it may be in a different place than when we sampled. If it is necessary for you to make changes like these, please contact me before starting those activities.

The attached sheets explain the effects of lead and arsenic and how to avoid exposure. Children are more sensitive to health effects from lead and arsenic than adults. To ensure the health and safety of children, the Agency for Toxic Substances and Disease Registry, or ATSDR, advises parents to prevent children from playing in dirt, to wash their children's toys regularly and to wash their children's hands after they play outside. All residents should remove shoes before walking into their homes. ATSDR also recommends that residents in the West Calumet Housing Complex not dig or garden in their yards.

Please be aware that if you live in housing built before 1978, you may be exposed to other sources of lead including paint and plumbing. Children aged six years and younger are particularly at risk. Blood lead testing is the only way to tell if a person has been exposed to high amounts of lead. The East Chicago Health Department offers **FREE** testing for children. To schedule a test, call the East Chicago Health Department at 219-391-8467. The health department is located at 100 W Chicago Ave East Chicago, Indiana.

Property Owner/Resident
Page 3

Thank you for your patience and cooperation. If you have any questions or would like to discuss your soil sampling results, please contact me at Berkoff.Michael@EPA.gov or 800-621-8431, extension 3-0628, weekdays. If I am unavailable, my colleague Janet Pope, Community Involvement Coordinator, may be able to help you; she can be reached at Pope.Janet@EPA.gov or 800-621-8431, extension 3-8983.

Sincerely,

Michael Berkoff
EPA Remedial Project Manager

---

**Soils will be removed from your property because sampling results showed lead concentrations above 400 mg/kg or arsenic concentration above 26 mg/kg.**

---

If you have any questions please contact:

| **Michael Berkoff** | **Janet Pope** |
|---|---|
| U.S. EPA Remedial Project Manager | U.S. EPA Community Involvement Coordinator |
| 312-353-8983 | 312-353-0628 |

# SOIL SAMPLING RESULTS
## 4905 Gladiola Ave.

| Depth | Front – Lead (mg/kg) | Front – Arsenic (mg/kg) | Back – Lead (mg/kg) | Back – Arsenic (mg/kg) |
|---|---|---|---|---|
| 0-6 inches | 1,858 | ND | 502 | |
| 6-12 inches | 3,850 | 21 | 3,280 | |
| 12-18 inches | 27,900 | 32 | 3,600 | |
| 18-24 inches | 5,710 | 24 | 3,390 | |
| 24-30 inches | 1,852 | ND | 1,227 | |

Notes: ND = not detected, NS = No sample collected because of native sand or sampling refusal.



| | Contaminated Soil Will Be Removed At This Depth |
|---|---|
| | ▪ Soil at this depth contains levels of lead and/or arsenic that are above EPA's removal standards |
| | **Soil At This Depth Will Be Removed to Remove Contaminated Soil Below**<br>▪ Lead and/or arsenic contamination is not present above EPA's removal standards in this soil layer, but this soil will be excavated to remove underlying soils with lead and/or arsenic above EPA's removal standards. |
| | **Soil Will Not Be Removed at this Depth**<br>▪ Lead contamination levels are below EPA's removal standards. |



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

REPLY TO THE ATTENTION OF

July 11, 2016

Property Owner/Resident
    Aster Ave
East Chicago, IN  46312

**Subject:**        **U.S. Smelter and Lead Refinery Inc., Site, East Chicago, IN**
                **Soil Sample Results**
                    **Aster Ave**

Dear Property Owner/Resident:

As you may recall, soil from your property was tested for lead and arsenic at the end of 2014. This letter reports the lead and arsenic results for the soil samples collected from your property. The sampling results show that lead and/or arsenic concentrations in soils at your property exceed health-based standards, and therefore your property qualifies for a cleanup of those soils which pose a risk. The cleanup of those soils will be done at **NO COST** to you.

Soil testing results for your property are shown in the table below. Samples were taken from 0 to 6 inches, 6 to 12 inches, 12 to 18 inches, 18 to 24 inches, and in some cases 24 to 30 inches. Cleanup levels are 400 milligrams per kilogram (mg/kg) for lead and 26 mg/kg for arsenic. The results for your property show that levels of lead and/or arsenic are above cleanup levels at your property.

| Depth | Front – Lead (mg/kg) | Front – Arsenic (mg/kg) | Back – Lead (mg/kg) | Back – Arsenic (mg/kg) |
|---|---|---|---|---|
| **0-6 inches** | 6,900 | 276 | 3,980 | 32 |
| **6-12 inches** | 23,400 | 667 | 2,372 | ND |
| **12-18 inches** | 58,300 | 2,420 | 4,190 | 137 |
| **18-24 inches** | 91,100 | 3,530 | 4,100 | 104 |
| **24-30 inches** | Refusal (NS) | Refusal (NS) | Native Sand (NS) | Native Sand (NS) |

Notes: ND = not detected. NS = No sample collected because of native sand or sampling refusal.

Property Owner/Resident
Page 2

The timing for the cleanup of your property depends on a number of factors. EPA will notify you once it has developed a schedule for future work. Soils above cleanup levels will be excavated up to a maximum depth of 24 inches. Before beginning any cleanup work, representatives of EPA will meet with you to go over the details of the specific cleanup plan for your property; document the conditions of the yard, house, and foundation using videos and/or photographs; discuss any of your concerns; and take an inventory of features such as landscaping, plants, bushes, decks, and patios.

The actual cleanup will involve the following steps:

1. Pre-cleanup interview with property owner/documentation of existing conditions (as mentioned above)

2. Excavate contaminated soils

3. Backfill with clean soil

4. Restore landscaping and grass

5. Post-construction interview with property owner

For the cleanup to be as effective as possible, please wait to do major construction or landscaping activities in the areas with elevated levels until after the cleanup is complete at your property. Activities such as bringing in fill, building a new patio or walkway, or other changes that disturb the soil may keep us from removing and safely disposing of all the contamination because it may be in a different place than when we sampled. If it is necessary for you to make changes like these, please contact me before starting those activities.

The attached sheets explain the effects of lead and arsenic and how to avoid exposure. Children are more sensitive to health effects from lead and arsenic than adults. To ensure the health and safety of children, the Agency for Toxic Substances and Disease Registry, or ATSDR, advises parents to prevent children from playing in dirt, to wash their children's toys regularly and to wash their children's hands after they play outside. All residents should remove shoes before walking into their homes. ATSDR also recommends that residents in the West Calumet Housing Complex not dig or garden in their yards.

Please be aware that if you live in housing built before 1978, you may be exposed to other sources of lead including paint and plumbing. Children aged six years and younger are particularly at risk. Blood lead testing is the only way to tell if a person has been exposed to high amounts of lead. The East Chicago Health Department offers **FREE** testing for children. To schedule a test, call the East Chicago Health Department at 219-391-8467. The health department is located at 100 W Chicago Ave East Chicago, Indiana.

Property Owner/Resident
Page 3

Thank you for your patience and cooperation. If you have any questions or would like to discuss your soil sampling results, please contact me at Berkoff.Michael@EPA.gov or 800-621-8431, extension 3-0628, weekdays. If I am unavailable, my colleague Janet Pope, Community Involvement Coordinator, may be able to help you; she can be reached at Pope.Janet@EPA.gov or 800-621-8431, extension 3-8983.

Sincerely,

Michael Berkoff
EPA Remedial Project Manager

---

**Soils will be removed from your property because sampling results showed lead concentrations above 400 mg/kg or arsenic concentrations above 26 mg/kg.**

---

If you have any questions please contact:

| **Michael Berkoff** | **Janet Pope** |
|---|---|
| U.S. EPA Remedial Project Manager | U.S. EPA Community Involvement Coordinator |
| 312-353-8983 | 312-353-0628 |



# SOIL SAMPLING RESULTS
## Aster Ave

| Depth | Front – Lead (mg/kg) | Front – Arsenic (mg/kg) | Back – Lead (mg/kg) | Back – Arsenic (mg/kg) |
|---|---|---|---|---|
| 0-6 inches | 6,900 | 276 | 3,980 | 32 |
| 6-12 inches | 23,400 | 667 | 2,372 | ND |
| 12-18 inches | 58,300 | 2,420 | 4,190 | 137 |
| 18-24 inches | 91,100 | 3,530 | 4,100 | 104 |
| 24-30 inches | Refusal (NS) | Refusal (NS) | Native Sand (NS) | Native Sand (NS) |

Notes: ND = not detected. NS = No sample collected because of native sand or sampling refusal.



| | |
|---|---|
| | **Contaminated Soil Will Be Removed At This Depth**<br>▪ Soil at this depth contains levels of lead and/or arsenic that are above EPA's removal standards |
| | **Soil At This Depth Will Be Removed to Remove Contaminated Soil Below**<br>▪ Lead and/or arsenic contamination is not present above EPA's removal standards in this soil layer, but this soil will be excavated to remove underlying soils with lead and/or arsenic above EPA's removal standards. |
| | **Soil Will Not Be Removed at this Depth**<br>▪ Lead contamination levels are below EPA's removal standards. |

EXHIBIT 3

# Contaminated Ground

Lead and arsenic are in the soil in East Chicago's West Calumet neighborhood, which is part of an EPA Superfund site. EPA recently released Zone 1 data.

The EPA considers a lead concentration of 400 ppm to be safe for residential use. Soil with lead levels greater than that are targeted for cleanup, and a level higher than 1,200 ppm requires an emergency removal.



- **Lead greater than 1,200 mg/kg**
- **Lead 400-1,200 mg/kg**
- **Site cleaned up in 2011**

Results released in August show alarmingly high lead concentration results on every street in the housing complex. The numbers below show the maximum and minimum soil lead levels found on each street in the complex.

| Street | | 0-6 inches | 6-12 inches | 12-18 inches | 18-24 inches | 24-30 inches |
|---|---|---|---|---|---|---|
| 1. Magnolia Drive | Minimum | 8 | 180 | 131 | 198 | N/A |
| | Maximum | 1,229 | 6,000 | 6,770 | 1,938 | 571 |
| 2. Larkspur Avenue | Minimum | 147 | 208 | 440 | 841 | 174 |
| | Maximum | 45,500 | 9,524 | 10,398 | 9,188 | 6,176 |
| 3. Jonquil Lane | Minimum | 310 | 853 | 498 | 293 | N/A |
| | Maximum | 9,630 | 82,900 | 81,200 | 9,990 | 2,828 |
| 4. Gladiola Avenue | Minimum | 235 | 166 | 187 | 157 | 75 |
| | Maximum | 9,500 | 7,560 | 15,000 | 26,900 | 7,234 |
| 5. 150th Place | Minimum | 511 | 1,044 | 1,428 | 699 | N/A |
| | Maximum | 6,008 | 54,900 | 10,300 | 27,100 | 9,829 |
| 6. 151st Place | Minimum | 208 | 242 | 631 | 331 | 247 |
| | Maximum | 11,700 | 18,200 | 26,200 | 30,400 | 16,382 |
| 7. Aster Avenue | Minimum | 107 | 139 | 51 | 64 | 56 |
| | Maximum | 10,200 | 49,500 | 66,000 | 91,100 | 54,772 |

Source: City of East Chicago, EPA.gov

EXHIBIT 4



**United States Environmental Protection Agency**

# EPA Takes Action to Reduce Exposure to Lead in Soil

## West Calumet Housing Complex

East Chicago, Indiana                                    July 2016

## For more information
For questions, comments or for more information contact these EPA team members:

**Brad Benning**
On-Scene Coordinator
312-353-7613
benning .brad@epa.gov

**Thomas Alcamo**
Remedial Project Manager
312-886-7278
alcamo.thomas@epa.gov

**Timothy Drexler**
Remedial Project Manager
312-353-4367
drexler.timothy@epa.gov

**Janet Pope**
Community Involvement
Coordinator
312-353-0628
pope.janet@epa.gov

EPA Region 5 toll-free:
800-621-8431, 8 a.m. – 4 p.m.,
weekdays

*For questions or concerns about lead health contact:*

**Mark Johnson, Ph.D.**
Toxicologist
ATSDR-R5
312-886-0840
mdjohnson@cdc.gov

**Motria Caudill, Ph.D.**
Environmental Health Scientist
ATSDR-R5
312-886-0267
mcaudill@cdc.gov

U.S. Environmental Protection Agency is taking action to protect residents from lead-contaminated soil in the West Calumet Housing Complex in East Chicago, Ind. EPA responders covered patches of bare dirt at the complex and a local playground with triple-shredded, hardwood mulch. The mulch will temporarily provide a barrier until EPA can dig up and remove the contaminated soil. Residents should avoid disturbing the mulch and should not allow children to dig in the mulch.

To find out whether contaminated soil from the yards may have been tracked into homes, EPA will also be testing some homes by collecting dust samples from flat surfaces, floors and carpeting.

These actions are part of a larger effort to clean up the USS Lead Superfund site.



*EPA covered patches of bare soil with mulch to provide a temporary barrier.*

To ensure the health and safety of children, the federal Agency for Toxic Substances and Disease Registry, or ATSDR, advises parents to prevent children from playing in dirt or mulch, to wash their children's toys regularly and to wash children's hands after they play outside. All residents should remove shoes before walking into their homes. ATSDR

officials also recommend residents in the West Calumet Housing Complex not disturb the mulch or dig or garden in their yards.

EPA and ATSDR staff have been going door-to-door providing information to residents about steps they can take to reduce exposure to lead contamination. EPA is working closely with the city of East Chicago and the East Chicago Public Housing Authority.

West Calumet residents may have their children's blood lead levels tested by calling the East Chicago Health Department at 219-391-8467.

To learn about preventing childhood exposure to lead, visit http://www.cdc.gov/nceh/lead/parents.htm.

More information about the history of the USS Lead Superfund site is available at http://www.epa.gov/superfund/ussmelter-lead-refinery.



*EPA covered patches of bare dirt in residential yards with mulch and posted warning signs.*



*EPA covered patches of bare dirt in a playground with mulch.*

2

EXHIBIT 5



Anthony Copeland

MAYOR



*City of East Chicago*

4527 INDIANAPOLIS BLVD.
EAST CHICAGO, INDIANA 46312
219-391-8200 • 219-391-8397 FAX

## Mayor to Residents of West Calumet Housing Complex

Dear Resident:

Your health and safety are always my first priority.

When the City and the East Chicago Housing Authority ( `ECHA_) recently were informed by the EPA that the ground within the West Calumet Housing Complex was highly contaminated with lead and arsenic, we moved immediately to protect your safety, health, and welfare.

The identification of lead and arsenic poses potential dangers, and that is why I ordered the East Chicago Health Department to offer lead testing to you and your children.  Now that we know the levels of lead in the ground in West Calumet Housing Complex, we feel it is in your best interest to temporarily relocate your household to safer conditions.  ECHA is asking HUD to provide vouchers for safe, sanitary housing as soon as possible.  Even though this may be a great inconvenience to you, it ̌s necessary to protect you and your children from possible harm.

The staff of ECHA, including the Section 8 staff will be assisting you in the coming days, and we will continue to provide you with information as soon as it becomes available.

We ask for your patience and cooperation in this process.

Sincerely,

Anthony Copeland
Mayor

<u>EXHIBIT 6</u>

# PUBLIC NOTICE

## EAST CHICAGO HOUSING AUTHORITY

**Disposition-Demolition for
Unsafe Environmental Issues of the Property**

Please be advised that the **East Chicago Housing Authority (ECHA)** desires to demolish 346 units located at the West Calumet Housing Complex; Main Office located at 4920 Larkspur Dr., East Chicago, IN 46312 **(Units 0571 – 0916): 0,1,2,3,4, and 5 bedroom units.**

ECHA has determined that the disposition-demolition is appropriate for reasons that are consistent with its goals of the PHA and its PHA Plan and that are otherwise consistent with Section 18 of the U.S. Housing Act of 1937 as amended.  HUD has put forth a regulation, 24 CFR 970, detailing the administrative steps required to perform demolition/disposition activity in accordance with the Act.

A Public Hearing regarding the demolition of the 346 units is scheduled for **Wednesday, August 3, 2016 at 2:30 p.m.** at the West Calumet **Community Center, 4925 Gladiola Ave., East Chicago, IN  46312.**  If you have any questions, contact Chris Vincent at 219-397-9974 x 20 or Rita De La Rosa at 219-397-9974 x 35.

**Date:  7/27/16**