UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LERITHEA ROLAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-00357-HAB-SLC |
| | ) |
| ATLANTIC RICHFIELD COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SETTLEMENT

Plaintiffs Lerithea Rolan and LaMottca Brooks and defendants E. I. du Pont de Nemours and Company and The Chemours Company (collectively, the "Parties"), pursuant to N.D. Ind. L.R. 16-1(g), notify the Court that the Parties have reached a settlement to resolve all claims in this matter.

The Parties are in the process of executing the settlement agreement. No later than five days after the settlement agreement is fully executed, plaintiffs will file a stipulation of dismissal signed by the Parties.

In light of the settlement, the Parties respectfully request that the Court vacate the Telephonic Status Conference set for December 16, 2020 at 3:00 pm (Indiana Eastern Time).

Dated: December 11, 2020                    Respectfully submitted,


 /s/ Kathleen Taylor Sooy                    /s/ Sharon A. Harris
Kathleen Taylor Sooy                        Sharon A. Harris
(admitted *pro hac vice*)                   Thomas A. Zimmerman, Jr.
Tracy A. Roman                              ZIMMERMAN LAW OFFICES, P.C.
(admitted *pro hac vice*)                   77 W. Washington Street, Suite 1220
CROWELL & MORING LLP                        Chicago, Illinois 60602
1001 Pennsylvania Avenue, N.W.              (312) 440-0020

Washington, DC 20004
(202) 624-2500
(202) 628-5116 (fax)
ksooy@crowell.com
troman@crowell.com

Honor R. Costello
(admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
(212) 223-4134 (fax)
hcostello@crowell.com

Dina M. Cox, Atty. No. 18590-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
(317) 237-0500
(317) 630-2790 (fax)
dcox@lewiswagner.com

*Attorneys for Defendants E. I. du Pont de Nemours and Company and The Chemours Company*

(312) 440-4180 (fax)
sharon@attorneyzim.com
tom@attorneyzim.com

James D. Brusslan
Jason B. Hirsh
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 476-7570
(312) 346-8434 (fax)
jbrusslan@lplegal.com
jhirsh@lplegal.com

*Counsel for Plaintiffs*