UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LeRithea Rolan, et al., | ) |
|       Plaintiffs, | ) |
| v. | ) |
| | )   CASE NO: 1:16-cv-00357-JVB-SLC |
| Atlantic Richfield Company, et al., | ) |
|       Defendants. | ) |

## PLAINTIFFS' STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lerithea Rolan and LaMottca Brooks ("Plaintiffs") file this stipulation of dismissal, signed by all remaining parties who have appeared, Plaintiffs, and defendants E. I. du Pont de Nemours and Company and The Chemours Company (collectively "DuPont Defendants") (Plaintiffs and DuPont Defendants collectively referred to as "the Parties"). The Parties, by their counsel, stipulate to dismissal of this action with prejudice, each of the Parties to bear their own costs and fees, including attorneys' fees. In further support of the stipulation, Plaintiffs state as follows:

1. Plaintiffs filed this action on behalf of themselves and similarly situated putative class plaintiffs on October 6, 2016 (ECF #1) against defendant Atlantic Richfield Company ("ARC") and DuPont Defendants.

2. On July 26, 2017, this Court granted in part and denied in part the motions to dismiss filed by ARC and DuPont Defendants, and denied Plaintiffs' motion for class certification with leave to refile (ECF #73). After this Court's July 26, 2017 ruling, Plaintiffs' remaining counts consisted of claims: (a) for response costs under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA")" against all defendants, and (b) for damages for negligence against DuPont Defendants.

3. On October 22, 2019, this Court granted defendant Atlantic Richfield Company's ("ARC") motion for summary judgment (ECF # 151) and dismissed ARC from this case. On November 5, 2019, this Court denied Plaintiffs' motion for class certification. (ECF # 161). On December 16, 2019, this Court granted DuPont Defendants' motion for partial summary judgment on Plaintiffs' CERCLA claim. (ECF #169).

4. Under this Court's orders as summarized above, Plaintiffs' only remaining claim is for negligence, on an individual basis, against DuPont Defendants. Plaintiffs and DuPont Defendants have now settled the negligence claim and there are no remaining claims against DuPont Defendants.

5. As a result of this Court's November 5, 2019 denial of Plaintiffs' motion for class certification, no class notice is necessary under Federal Rule of Civil Procedure 23(e).

WHEREFORE, Plaintiffs file this stipulation of dismissal of this action with prejudice, signed by all parties, each of the Parties to bear their own costs and fees, including attorneys' fees.

Dated:   January 5, 2021

*/s/ Kathleen Taylor Sooy*
Kathleen Taylor Sooy
(admitted *pro hac vice*)
Tracy A. Roman
(admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (fax)
ksooy@crowell.com
troman@crowell.com

Honor R. Costello
(admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
 (212) 223-4000
 (212) 223-4134 (fax)
hcostello@crowell.com

Dina M. Cox, Atty. No. 18590-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
(317) 237-0500
(317) 630-2790 (fax)
dcox@lewiswagner.com


*Attorneys for E. I. du Pont de Nemours and Company and The Chemours Company*

Respectfully submitted,

s/ *James D. Brusslan*
JAMES D. BRUSSLAN
JASON B. HIRSH
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 476-7570
(312) 346-8434 (fax)
jbrusslan@lplegal.com
jhirsh@lplegal.com

THOMAS A. ZIMMERMAN, JR.
SHARON A. HARRIS
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020
(312) 440-4180 (fax)
tom@attorneyzim.com
sharon@attorneyzim.com

*Counsel for Plaintiffs and Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 5th day of January, 2021. Notice of this filing will be sent to the following counsel for DuPont Defendants by operation of the Court's electronic filing system.

Kathleen Taylor Sooy
Tracy A. Roman
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
*ksooy@crowell.com*
*troman@crowell.com*

Dina M. Cox
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
*dcox@lewiswagner.com*

/s/ *James D. Brusslan*
James D. Brusslan